IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| | § | Cr. No. C-05-193 |
| v. | § | |
| | § | |
| ANDREW JAY WILLETT. | § | |

### ORDER GRANTING MOTION TO RECONSIDER AND COLLECTION ORDER

Having considered the Defendant Andrew Jay Willett's ("Willet") Motion to Reconsider, filed pro se (D.E. 43, 44), as well as his memorandum in support, which was filed by and through the Federal Public Defender (D.E. 50), it is hereby ORDERED that the motion for reconsideration is GRANTED. The portion of the undersigned's prior order requiring Willett to pay $300 toward his transcripts (D.E. 42) is hereby VACATED.

The undersigned finds that Willett is eligible for appointment of counsel on appeal but has available to him $300 to pay for his representation. Therefore, the Federal Public Defender's appointment to represent Willett on appeal shall continue but Willett is directed to pay $300 to the Clerk of the Southern District of Texas, such funds to be credited to the Criminal Justice Act/Defender Services account.

Additionally, in order to ensure compliance with this Order, the following orders are entered:

1. The Bureau of Prisons shall deduct 20% of each deposit made to the Willett's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00. Such funds shall be credited to the Criminal Justice Act/Defender Services account.

2.	Willett shall execute all consents and other documents required by the agency having custody of him to authorize the necessary withdrawals from his trust account.

3.	The Clerk shall send a copy of this Order to the Inmate Accounting Officer and Paralegal Specialist, Houston Federal Detention Center, Post Office Box 526245, Houston, Texas 77052.

It is ORDERED this 4th day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE