IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDREW JAY WILLETT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 2:05CR00193-001 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ON THE UNITED STATES SENTENCING GUIDELINES AMENDMENT § 782—U.S.S.G § 4B1.1 CAREER OFFENDER

The United States Sentencing Commission has decided to grant retroactive application of Amendment § 782 to the United States Sentencing Guidelines. U.S.S.G. § 2D1.1(c); U.S.S.G. § 1B1.10. This Amendment reduces by two levels the base offense assigned in the Drug Quantity Table, resulting in lower guideline ranges for most drug trafficking offenses. Only inmates whose sentence calculation used the Drug Quantity Table are eligible for the reduction under Amendment § 782.

You are not eligible for the retroactive sentence reduction under Amendment § 782 because you were determined at sentencing to be a career offender. U.S.S.G § 4B1; 18 U.S.C. § 3582(c). Inmates whose sentences were calculated using the § 4B1.1 career offender provision to determine the base offense level do not receive retroactive application of Amendment § 782. U.S.S.G. § 4B1.1(b); 18 U.S.C. § 3582(c). The Court **DENIES** the motion for reduction.

ORDERED this *13* day of *Aug* 2015.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE